UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10027-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSEPH FRANKO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on November 18, 2013. A Report and Recommendation was filed on December 2, 2013, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Lurana S. Snow, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One of the Indictment which charges the Defendant, with conspiracy to violate the Lacey Act, in violation of Title 18, United States Code, Section 371 and 16 United States Codes 3372(a)(2)(A), 3372(a)(4) and 3373(d)(1) and (2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of December, 2013.

                                              JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office